KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
JEE YOUNG (GRACE) KIM - # 319525
gkim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
COINBASE, INC., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEONE, JOSEPH TRESEDER, TRAVIS REECE, DAVID BEAVERS, FAZAL US SABOOR ALI, and KEISHA PINKNEY, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>COINBASE, INC., a California Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:21-cv-04286-SK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR RESPONDING TO COMPLAINT**<br><br>Ctrm.:  C, 15th Floor<br>Judge:  Magistrate Judge Sallie Kim<br><br>Date Filed: 06/04/2021<br><br>Trial Date: Not set |

**STIPULATION**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Michael Leone, Joseph Treseder, Travis Reece, David Beavers, Fazal Us Saboor Ali, and Keisha Pinkney (collectively "Plaintiffs"), and Defendant Coinbase, Inc. ("Coinbase") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on June 4, 2021, Plaintiffs filed their Complaint against Coinbase in this action (ECF No. 2:21-cv-04286);

WHEREAS, Coinbase intends to file a Motion to Compel Arbitration and potentially a Motion to Dismiss Plaintiffs' Complaint;

WHEREAS, on June 25, 2021, the Parties generally discussed a phased briefing schedule for the aforementioned motions;

WHEREAS, to save the Parties' and Court's resources, the Parties agreed to phase the briefing for the aforementioned motions, such that Coinbase may first file a Motion to Compel Arbitration and then a Motion to Dismiss, if necessary, only after the Court has ruled on the Motion to Compel Arbitration;

WHEREAS, the Parties further agreed that Coinbase shall have until August 11, 2021 to file its Motion to Compel Arbitration; and

WHEREAS, the Parties further agreed that, by entering into this Stipulation and agreeing to the above described phased briefing schedule, Coinbase does not waive its right to bring a Motion to Dismiss or any other motion under Rule 12 of the Federal Rules of Civil Procedure or otherwise respond to Plaintiffs' Complaint in the future in the event that the Court denies Coinbase's Motion to Compel Arbitration.

THEREFORE, IT IS HEREBY STIPULATED, by the Parties in this action, through their counsel of record, that Coinbase shall have until August 11, 2021 to file a Motion to Compel Arbitration without waiving its defenses and while preserving the right to file a motion under Rule 12 of the Federal Rules of Civil Procedure or any other response to the Complaint at a later date.

IT IS SO STIPULATED.

Dated: July 6, 2021                                KEKER, VAN NEST & PETERS LLP

                                          By:   *s/Steven P. Ragland*
                                                STEVEN P. RAGLAND
                                                ERIN E. MEYER
                                                JEE YOUNG (GRACE) KIM

                                                Attorneys for Defendant
                                                COINBASE, INC., a California
                                                Corporation

Dated: July 6, 2021                                MAHONEY LAW GROUP, APC

                                          By:   *s/Kate Nicole G. Blanco*
                                                KEVIN MAHONEY
                                                KATHERINE J. ODENBREIT
                                                KATE NICOLE G. BLANCO

                                                Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the foregoing Stipulation is **GRANTED**.

Coinbase shall have until August 11, 2021 to file a Motion to Compel Arbitration. Coinbase need not otherwise respond to Plaintiffs' Complaint by August 11, 2021 in order to preserve its defenses and/or its right to submit a Motion to Dismiss or any other response or motion under Rule 12 of the Federal Rules of Civil Procedure. In the event that the Court denies Coinbase's Motion to Compel Arbitration, Coinbase may respond to Plaintiffs' Complaint, including by filing a Motion to Dismiss, pursuant to a schedule to be determined following disposition of the Motion to Compel Arbitration.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE SALLIE KIM
UNITED STATES DISTRICT MAGISTRATE JUDGE

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this Stipulated Request has been obtained from the other signatory.

Dated: July 6, 2021                                         KEKER, VAN NEST & PETERS LLP

                                                By:   *s/Steven P. Ragland*
                                                      STEVEN P. RAGLAND

                                                      Attorneys for Defendant
                                                      COINBASE, INC., a California
                                                      Corporation