Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
Katherine J. Odenbreit (SBN: 184619)
kodenbreit@mahoney-law.net
Kate Nicole G. Blanco (SBN: 331344)
kblanco@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 East Ocean Blvd., Suite 814
Long Beach, CA  90802
Telephone:   (562) 590-5550
Facsimile:    (562) 590-8400

Attorneys for Plaintiffs MICHAEL LEONE, JOSEPH TRESEDER, TRAVIS REECE, DAVID BEAVERS, FAZAL US SABOOR ALI, and KEISHA PINKNEY, as individuals and on behalf of all others similarly situated,

**[Additional Counsel Listed Below]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEONE, JOSEPH TRESEDER, TRAVIS REECE, DAVID BEAVERS, FAZAL US SABOOR ALI, and KEISHA PINKNEY, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE, INC., a California Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-04286-SK<br><br>Assigned for All Purposes to the Honorable Magistrate Judge Sallie Kim; Courtroom C, 15th Floor<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBMIT TO BINDING ARBITRATION**<br><br>Complaint Filed: June 4, 2021<br>Trial Date: Not Yet Set |

STIPULATION AND [PROPOSED] ORDER TO SUBMIT TO BINDING ARBITRATION

Steven P. Ragland (SBN: 221076)
sragland@keker.com
Erin E. Meyer (SBN: 274244)
emeyer@keker.com
Jee Young (Grace) Kim (SBN: 319525)
gkim@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Defendant
COINBASE, INC., a California Corporation.

# STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiffs MICHAEL LEONE, JOSEPH TRESEDER, TRAVIS REECE, DAVID BEAVERS, FAZAL US SABOOR ALI, and KEISHA PINKNEY ("Plaintiffs"), and Defendant COINBASE, INC. ("Defendant") (collectively referred to herein as "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 4, 2021, Plaintiffs filed this class action against Defendant ("Action"), ECF No. 2:21-cv-04286;

WHEREAS, Defendant contends each of the Plaintiffs in this Action signed valid and enforceable Arbitration Agreements ("Agreement") with Defendant.

WHEREAS, the Parties engaged in meet and confer conference calls on June 25, 2021 and July 14, 2021, as well as via multiple electronic mail exchanges, to discuss the Agreement generally, and the possibility of the Parties stipulating to the dismissal of the action and for Plaintiffs to submit to binding arbitration;

WHEREAS, the Parties agree for each named Plaintiff to submit to binding arbitration of each of their individual claims and on behalf of themselves only, and subject to reservations as provided below;

WHEREAS, the Parties agree that upon the Court's approval of this Stipulation, this Action will be dismissed without prejudice;

THEREFORE, IT IS HEREBY STIPULATED, by the Parties in this Action, through their counsel of record, that:

1. The Parties agree to submit to binding arbitration, with each Plaintiff pursuing each of their respective claims on an individual basis, and conducted in accordance with the American Arbitration Association's ("ADR") rules for arbitration of consumer-related disputes;

2. The Parties agree that by stipulating to submit to binding arbitration, the Parties reserve the right to have the selected ADR arbitrator in each of the Plaintiffs' individual arbitration claims to determine and decide disputes arising

out of or related to the interpretation of the Agreement, including which version of the Agreement is applicable to each of the Plaintiffs;

3. The Parties agree that by stipulating to submit to binding arbitration, Defendant does not waive any arguments regarding any failure to exhaust the formal complaint process, or any arguments relating to potential deficiencies in the pleading, complaint, or arbitration demand (including without limitation any arguments under Federal Rule of Civil Procedure 12 or California Code of Civil Procedure section 430.10), and preserves its right to raise any such arguments in an arbitration proceeding;

4. The Parties agree that each party will bear their own costs and fees arising out of and related to the court Action, up to and including entry of this Stipulation and dismissal of this Action; and

5. The Parties respectfully request that the Court order this Action dismissed without prejudice.

IT IS SO STIPULATED.

Dated: August 2, 2021         **MAHONEY LAW GROUP, APC**

                              By:   */s/ Katherine J. Odenbreit*
                                    Kevin Mahoney, Esq.
                                    Katherine J. Odenbreit, Esq.
                                    Kate Nicole G. Blanco, Esq.
                                    Attorneys for Plaintiffs
                                    MICHAEL LEONE, JOSEPH TRESEDER,
                                    TRAVIS REECE, DAVID BEAVERS, FAZAL
                                    US SABOOR ALI, and KEISHA PINKNEY

| | | |
|---|---|---|
| 1 | Dated: August 2, 2021 | **KEKER, VAN NEST & PETERS LLC** |
| 2 | | |
| 3 | By: | */s/ Steven P. Ragland* |
| | | Steven P. Ragland, Esq. |
| 4 | | Erin E. Meyer, Esq. |
| 5 | | Jee Young (Grace) Kim, Esq. |
| | | Attorneys for Defendant |
| 6 | | COINBASE, INC., a California Corporation |

## **[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the foregoing Stipulation is GRANTED.

This Action is DISMISSED WITHOUT PREJUDICE, and the Plaintiffs' individual claims shall be submitted to binding arbitration pursuant to the terms of the foregoing Stipulation.

**IT IS SO ORDERED.**

Dated: _____          _____
                                   HONORABLE SALLIE KIM
                                   United States Magistrate Judge

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this Stipulation has been obtained from the other signatory.

Dated: August 2, 2021     **MAHONEY LAW GROUP, APC**

By:   /s/ *Katherine J. Odenbreit*
Katherine J. Odenbreit, Esq.
Attorneys for Plaintiffs
MICHAEL LEONE, JOSEPH TRESEDER, TRAVIS REECE, DAVID BEAVERS, FAZAL US SABOOR ALI, and KEISHA PINKNEY

STIPULATION AND [PROPOSED] ORDER TO SUBMIT TO BINDING ARBITRATION